No. 7024.

WILLIAM BLACKIE VS. J. & O. ARBOUR.

The wages of a workman in a foundry having been shown to be a fixed sum *per diem*, and no subsequent agreement for their reduction having been made, the employers will be held to have continued the same wages during the service.

No contract of lease of a house for residence, contiguous to the foundry, having been made, the owners of the house who are also owners of the foundry will be considered as tacitly consenting to the occupancy free of rent by their superintendent in consideration of the advantage of having his constant supervision over the premises

APPEAL from the District Court of East Baton Rouge.　McVEA, J.

*Read & Goodale* for Plaintiff.　*Herron & Bird* for Defendants.

MANNING, C. J., delivered the opinion amending the judgment.

No. 7066.

JOHN J. BURKHARDT VS. JOHN LANGLES ET AL.

In an injunction to restrain the sale of property seized under a *fieri facias*, where the answer alleges that the title of the plaintiff in injunction is simulated, the burden of proof is on the plaintiff who injoins.

APPEAL from the Fourth District Court of New Orleans.　HOUSTON, J.

*Sambola & Ducros* for Plaintiff Appellant.　*Schmidt* for Defendant.

EGAN, J., delivered the opinion affirming the judgment.